United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA EX REL.
KAREN BOWERS,

    *Plaintiff/Relator,*

v.                                 NO. 3:22-cv-463-WWB-PDB

COMPLETE HEALTH PARTNERS, INC., ETC.,

    *Defendants.*

---

# Order

The United States has notified the court of its decision to partially intervene in this qui tam action only as to the claim against Complete Health Partners, Inc., for the purpose of effecting a settlement agreement. S-Doc. 53; *see* 31 U.S.C. § 3730(b)(4)(A)–(B). The United States asks the court to unseal the complaint, the notice, and this order; to maintain the previously filed papers under seal, except those that the court previously ordered unsealed, *see* S-Doc. 45; and to lift the seal on all future filings. S-Doc. 53.

According to the United States, the previously filed papers should remain under seal because "in discussing the content and extent of the United States' investigation, such papers were provided by law to the [c]ourt alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended." *See* S-Doc. 53 at 2 (quoted).

Applying 31 U.S.C. § 3730, the court **grants** the United States' requests to the following extent.

The clerk is **directed** to (1) unseal the complaint, S-Doc. 1; the amended complaint, S-Doc. 19; and the notice, S-Doc. 53; (2) place this order and all future filings on the public docket unless otherwise ordered; and (3) maintain all other previous filings under seal until further order.

The United States is **directed** to provide by **August 13, 2026**, its position on why all papers, except the memoranda supporting its motions for an extension of time, should remain under seal.* If no timely response is received, the court will direct the clerk to unseal those papers.

The relator is **directed** to notify the court by **August 13, 2026**, whether she will proceed with the action against Pharos Capital Group, LLC, Viva Health, Inc., and Blue Cross and Blue Shield of Alabama, or whether those defendants will be included in the joint notice of dismissal that the relator and the United States intend to file, *see* S-Doc. 53 at 1. If the relator proceeds with the action against those defendants, the relator must serve them with process or obtain their waivers of service by **September 28, 2026**, and file proof of service or the waivers by **October 5, 2026**.

**Ordered** in Jacksonville, Florida, on July 30, 2026.

Patricia D. Barksdale
United States Magistrate Judge

---

*The United States provides sufficient justification to maintain under seal the memoranda supporting its motions for an extension of time to intervene, S-Docs. 8, 14, 22, 25, 29, 32, 35, 39, 47.

2

c:     Counsel of record