UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. KAREN BOWERS,

        Plaintiff,

v.

COMPLETE HEALTH PARTNERS, INC.,
PHAROS CAPITAL GROUP, LLC,
VIVA HEALTH, INC., AND BLUE CROSS
AND BLUE SHIELD OF ALABAMA,

        Defendants.

_____/

Case No. 3:22-cv-463-WWB-PDB

**FILED UNDER SEAL**

## UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT AND REQUEST FOR UNSEALING

The United States of America, by and through the undersigned counsel and pursuant to the False Claims Act (FCA), 31 U.S.C. § 3730(b)(4), hereby notifies the Court that it partially intervenes in this qui tam action only as to Defendant Complete Health Partners, Inc. as to certain FCA claims brought on behalf of the United States by the Relator, for purposes of effecting a Settlement Agreement.

Pursuant to the terms of the Settlement Agreement, the Relator and the United States will file a Joint Notice of Dismissal upon receipt of an initial payment, as contemplated under the Settlement Agreement.

Accordingly, the United States respectfully requests the following:

1.      The Complaint in this Action, this Notice, and the resulting Order be unsealed.

2.      All other papers previously on file in this action remain under seal (except

as previously ordered by the Court) because, in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

3.     Except as may be specifically ordered by the Court, the seal be lifted on all matters occurring in this action after the date of this Order.

Dated this 21st day of July, 2026.

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION

GREGORY W. KEHOE
United States Attorney

*/s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney
Middle District of Florida, Civil Division
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Email: sean.keefe@usdoj.gov

JAMIE ANN YAVELBERG
EDWARD CROOKE
OLGA YEVTUKHOVA
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 261
Washington, D.C. 20044
Telephone: (202) 307-1026
Olga.Yevtukhova@usdoj.gov

Counsel for the United States of America

## CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE

I HEREBY CERTIFY that no generative AI was used in the drafting and preparation of this filing.

*/s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney

## CERTIFICATE REGARDING SERVICE

I HEREBY CERTIFY that on or about July 21, 2026, a copy of the foregoing was served via email on the following counsel for the Relator:

Jeffrey W. Dickstein
Phillips & Cohen, LLP
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Jdickstein@phillipsandcohen.com

*/s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney

3